**Order filed, August 27, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00640-CR

———————

### EX PARTE MICHAEL BRENT SEWELL, Appellant

---

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1457597**

---

## ORDER

The reporter's record in this case was due **August 04, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Jill Hamby**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM